

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Derrick Murphy v. The State of Texas

Appellate case number:   01-17-00974-CR

Trial court case number:  1557838

Trial court:             262nd District Court of Harris County

This appeal was abated and remanded to the trial court for a determination of whether appellant had a right to appeal a written motion filed and ruled on before trial. The trial court filed a supplemental clerk's record on April 27, 2018, with the findings requested in the order.

The appeal is reinstated on the active docket.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually     ☐ Acting for the Court

Date:  June 7, 2018